IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY M. RUIZ,
ADC #157474                                                                                    PLAINTIFF

v.                        Case No. 1:18-cv-00025-KGB-JTK

ZACHERY HARMON, *et al.*                                                               DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. The Court dismisses as defendants from this action defendants Toni Bradley, Wendy Kelley and Peggy Durham due to plaintiff Tony Ruiz's failure to state a claim against them upon which relief may be granted. The Court dismisses with prejudice as a defendant the Arkansas Department of Correction. The Court dismisses Mr. Ruiz's grievance and conspiracy claims.

So ordered this 25th day of June, 2018.

                                                          Kristine G. Baker
                                                          United States District Judge