IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TONY M. RUIZ**                                                                                    **PLAINTIFF**

v.                              Case No. 1:18-cv-00025-KGB-JTK

**ZACHARY HARMON,** *et al.*                                                           **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 28th and 29th days of June, 2021. Plaintiff Tony M. Ruiz appeared with his attorneys Karl Brandon Middleton and Zachary R. Trail. Defendants Zachery Harmon, Richard Fry, and Robert Robins appeared with their attorneys Michael Allen Mosley and William C. Bird, III. All parties announced ready for trial. A jury of twelve was selected and sworn.

On June 29, 2021, the jury returned verdicts in favor of Mr. Harmon, Mr. Fry, and Mr. Robins (Dkt. No. 211). Judgment is therefore entered in favor of Mr. Harmon, Mr. Fry, and Mr. Robins and against Mr. Ruiz.

It is so ordered, this 22nd day of July, 2021.

_____
Kristine G. Baker
United States District Judge